P_B-9.wpd
PROB AZ B-9
(Rev 9/94)

```
X  FILED      ___ LODGED
___ RECEIVED  ___ COPY

   JUN 0 7 2010

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> GILLETTE, LAURA CATHERINE ) <br> ) | No. CR08-00036-003-PHX-PGR |

## WAIVER AND ORDER

Modification of Probation Conditions

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

☒ any modification of my conditions of probation. 18 U.S.C. 3563(c).

☐ any modification of my conditions of supervised release. 18 U.S.C. 3583(e).

I hereby voluntarily waive my right to retained and appointed counsel and statutory right to a hearing as indicated above, and agree to the following modification of my conditions:

5. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

ORDER OF COURT

Considered and ordered this 7th day of June, 2010 and ordered filed and made a part of the records in the above case.

_____
Paul G. Rosenblatt
U.S. District Judge

_____
Laura Catherine Gillette
Defendant

6/1/10
Date

_____
Susan D. Nork
U.S. Probation Officer

6/1/10

cc: Prob