**LORONA STEINER DUCAR, LTD.**
3003 North Central Avenue, Suite 1500
Phoenix, Arizona 85012-2909
Telephone: (602) 277-3000
Facsimile: (602) 277-7478
jlorona@azlawyers.com

Jess A. Lorona (#009186)
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-08-00036-001-PHX-PGR |
| Plaintiff, | |
| vs. | |
| TIMOTHY K. ISAAC, | SECOND MOTION TO MODIFY COMMITMENT ORDER |
| Defendant. | |

The Defendant by and through his counsel undersigned hereby moves this Court to modify the Defendant's current order of commitment wherein he has been directed to self-surrender to the institution designated by the Bureau of Prisons by Monday, July 26, 2010, no later than 12:00 p. m. The Defendant has been designated to Terminal Island FCI. The Defendant hired a manger to run his business during the period of time of the Defendant's incarceration. However, the manager did not work out and the Defendant needs to look for a replacement. Additionally, the Defendant is in the midst of resolving his medical issues with the medical staff at Terminal Island to insure that the Defendant receives appropriate medical care while incarcerated. Counsel for Defendant has provided Terminal Island with all of the Defendant's medical records. The Defendant is requesting until August 26, 2010, no later than

1

12:00 p.m. to report to Terminal Island.  Counsel for Defendant has not spoken with Counsel for the Government.  However, Counsel for Defendant believes that the Government would object to this second request.

**RESPECTFULLY SUBMITTED** this 16th day of July, 2010.

        **LORONA STEINER DUCAR, LTD.**

BY: /s/ Jess A. Lorona
     Jess A. Lorona, Esq.
     Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, I electronically filed the foregoing with the Clerk's Office, using the CM/ECF system, which will send notification of such filing to all parties, and will mail all notifications of such filing to all non-CM/ECF system participants.

*/s/ James Martinez*